MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MELISSA K.B. SLADDEN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.sladden@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD AZZOLINO, | No. C-12-0~~1378~~ 02618 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR MEDIATION |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

[STIPULATION AND ~~PROPOS~~ED ORDER TO EXTEND THE MEDIATION DEADLINE]
[C-12-01378] RS

1  The parties, plaintiff Richard Azzolino ("Plaintiff") and the defendant United States of America ("Defendant") submit this stipulation and proposed order to extend the deadline to complete the court-appointed mediation process.

WHEREAS, the current deadline for the parties to complete mediation is December 28, 2012;

WHEREAS, the parties have discussed possible mediation dates and due to scheduling conflicts and the need to conduct enough discovery to facilitate mediation the parties have determined that they will not be able to participate in mediation until January 30, 2013;

WHEREAS, the parties have set the date for mediation for January 30, 2013;

WHEREAS, the mediator has agreed to the mediation date of January 30, 2013;

ACCORDINGLY, the parties request and stipulate to a brief extension of the mediation deadline from December 28, 2012 to January 30, 2013.

IT IS SO STIPULATED.

DATED: October 12, 2012                    Respectfully submitted,

                                           MELINDA HAAG
                                           United States Attorney

                                           S/ Melissa Sladden
                                           _____
                                           MELISSA SLADDEN
                                           Assistant United States Attorney

DATED: October 12, 2012

                                           DONALD KRENTSA, Esq.
                                           Law Offices of Meisel & Krentsa

                                           S/ Donald Krentsa
                                           _____
                                           DONALD KRENTSA
                                           Attorney for Plaintiff

[STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE MEDIATION DEADLINE]
[C-12-01378] RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the mediation deadline shall be extended from December 28, 2012 to January 30, 2013.

IT IS SO ORDERED.

Dated: 10/15/12          _____

HONORABLE RICHARD SEEBORG
United States District Court Judge

[STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE MEDIATION DEADLINE]
[C-12-01378] RS