1  MELINDA HAAG (CABN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  MELISSA K.B. SLADDEN (CSBN 203307)
   Assistant United States Attorney
4
     450 Golden Gate Avenue, Box 36055
5    San Francisco, California 94102-3495
     Telephone: (415) 436-6962
6    FAX: (415) 436-6748
     melissa.sladden@usdoj.gov
7
   Attorneys for Defendant
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12                                              02618
   RICHARD AZZOLINO,              )   No. C-12-01378 RS
13                                )
          Plaintiff,               )
14                                )   STIPULATION AND [PROPOSED]
                                   )   ORDER TO EXTEND TIME FOR
      v.                           )   MEDIATION
15                                )
   UNITED STATES OF AMERICA,      )
16                                )
          Defendant.               )
17  _____ )

18

19

20

21

22

23

24

25

26

27

28

[STIPULATION AND PROPOSED ORDER TO EXTEND THE MEDIATION DEADLINE]
[C-12-01378] RS

1  The parties, plaintiff Richard Azzolino ("Plaintiff") and the defendant United States of
2  America ("Defendant") submit this stipulation and proposed order to extend the deadline to
3  complete the court-appointed mediation process.
4  WHEREAS, the current deadline for the parties to complete mediation is December 28,
5  2012;
6  WHEREAS, the parties have discussed possible mediation dates and due to scheduling
7  conflicts and the need to conduct enough discovery to facilitate mediation the parties have
8  determined that they will not be able to participate in mediation until January 30, 2013;
9  WHEREAS, the parties have set the date for mediation for January 30, 2013;
10  WHEREAS, the mediator has agreed to the mediation date of January 30, 2013;
11  ACCORDINGLY, the parties request and stipulate to a brief extension of the mediation
12  deadline from December 28, 2012 to January 30, 2013.
13  IT IS SO STIPULATED.
14  DATED: October 12, 2012                    Respectfully submitted,
15                                             MELINDA HAAG
                                               United States Attorney
16
17                                                 S/ Melissa Sladden
                                               _____
18                                             MELISSA SLADDEN
                                               Assistant United States Attorney
19  DATED: October 12, 2012
20                                             DONALD KRENTSA, Esq.
                                               Law Offices of Meisel & Krentsa
21
22                                                 S/ Donald Krentsa
23                                             _____
                                               DONALD KRENTSA
24                                             Attorney for Plaintiff
25
26
27
28

[STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE MEDIATION DEADLINE]
[C-12-01378] RS

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the mediation deadline shall be extended from December 28, 2012 to January 30, 2013.

IT IS SO ORDERED.

Dated: 10/15/12   _____

HONORABLE RICHARD SEEBORG
United States District Court Judge

[STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND THE MEDIATION DEADLINE]
[C-12-01378] RS