IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICHARD AZZOLINO,　　　　　　　　　　　　　　No. C 12-02618 RS

　　　　　Plaintiffs,
　v.　　　　　　　　　　　　　　　　　　　　　　**STANDBY ORDER OF DISMISSAL**

UNITED STATES OF AMERICA,

　　　　　Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **April 29, 2013**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **May 2, 2013 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 3/5/13

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE