MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

     450 Golden Gate Avenue, Box 36055
     San Francisco, CA 94102-3495
     Telephone: 415 436-7155
     Fax: 415 436-6748
     Email: neill.tseng@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD AZZOLINO,<br><br>          Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Defendant. | Docket No. C 12-02618 RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; [PROPOSED] ORDER** |

THE PARTIES IN THE ABOVE-CAPTIONED ACTION HEREBY SUBMIT THE

FOLLOWING STIPULATION:

     Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff Richard Azzolino and

defendant United States of America hereby stipulate to dismiss with prejudice the above-

captioned action, including all claims that were asserted therein.  Each party will bear its own

costs and attorneys' fees.

//

//

//

//

//

DATED: 2/18/13

_____
RICHARD AZZOLINO
Plaintiff

DATED: 2/15/13

_____
DONALD E. KRENTSA
Attorney for Plaintiff

MELINDA HAAG
United States Attorney

DATED: 4/26/13

_____
NEILL T. TSENG
Assistant United States Attorney
Attorneys for Defendant USA

### [PROPOSED] ORDER

The Stipulation of Dismissal with Prejudice is granted and this entire action is dismissed with prejudice.

IT IS SO ORDERED.

DATED:  4/30/13

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE